;WEILL, Respondent, v. BENT et al., Appellants.

No. 8294; June 28, 1882.

**Default.**—An Affidavit of Service of Summons by a person other than the sheriff should state that such person was over the age of eighteen years at the time of the service, else a judgment rendered thereon by default will be reversed on appeal.[1]

APPEAL from Superior Court, Los Angeles County.

F. H. Howard for appellants; Glassell, Smith & Wicks for respondent.

By the COURT.—This is an appeal by defendant Palomeres from a default judgment. The affidavit of service of summons does not show that affiant was over the age of eighteen years at the time of the service. On authority of Maynard v. McCrellish, 57 Cal. 355, and Howard v. Galloway, 8 Pac. C. L. J. 1060, judgment is reversed and cause remanded.